2021R00011/RTM

**FILED**

JUL 2 6 2024

AT 8:30 ___2___ PM
CLERK, U.S. DISTRICT COURT - DNJ

SPC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas |
| v. | : | Crim. No. 24-490 (ES) |
| ARISMENDY RAVELO-SANTOS | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

On or about October 23, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**ARISMENDY RAVELO-SANTOS,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in this Indictment, the defendant, **ARISMENDY RAVELO-SANTOS**, shall forfeit to the United States, in accordance with Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

### Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

_____
FOREPERSON

_____
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 24-490(ES)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

ARISMENDY RAVELO-SANTOS

## INDICTMENT FOR

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

A True Bill,

███████████████████████

Foreperson

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

ROBERT TAJ MOORE
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2014