

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| Robert Taj Moore<br>*Assistant United States Attorney* | *970 Broad Street, 7th floor*<br>*Newark, New Jersey 07102* | *973-645-2839* |

August 1, 2024

Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King, Jr. Federal Building
 and United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    United States v. Arismendy Ravelo-Santos
                 21-mj-13022

Dear Judge Wettre:

    The Government respectfully submits this letter in order to inform the Court that on July 26, 2024, Arismendy Ravelo-Santos was charged via indictment with possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). The criminal case number is 24-490, and the case has been assigned to the Honorable Esther Salas.

    On June 17, 2024, Ravelo-Santos moved to dismiss the criminal complaint filed in 21-mj-13022 based on violations to the Speedy Trial Act. ECF No. 64. The criminal complaint charged Ravelo-Santos with one count of conspiracy to distribute and possess with intent to distribute heroin, in violation of 21 U.S.C. § 846. ECF No. 1. Now that Ravelo-Santos has been indicted on a different charge, the Speedy Trial Act claims are now moot. ✗

    The Government is grateful for the Court's time and consideration.

✗ *Defendant not having objected to the requested relief, the motion at ECF 64 is accordingly terminated without prejudice.*

**So Ordered**
this 6th day of Aug. 2024

*Leda D. Wettre*
Leda D. Wettre, USMJ

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

*/s/ Robert Taj Moore*

By:   Robert Taj Moore
      Assistant U.S. Attorney

cc:   Robert Osuna, Esq.